UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIANHAO ZHANG,<br>Plaintiff,<br>v.<br>MARCO RUBIO, et al.,<br>Defendants. | CASE NO. 2:26-cv-01947-JHC<br>ORDER |

This matter comes before the Court on Defendant's Motion to Dismiss for failure to state a claim and improper venue. Dkt. # 6. Plaintiff has not responded to the Motion to Dismiss. *See* Docket. "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). Because Plaintiff has not filed a timely response, the Court finds Plaintiff has conceded the issue. Thus, for the reasons stated by Defendant, the Court GRANTS the Motion and DISMISSES the action without prejudice.

//

//

Dated this 25th day of September, 2026.

John H. Chun
United States District Judge